UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| LUIS BRAGA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 1:17-cv-02272-TWP-DML |
|  | ) |  |
| VAPOR ACQUISITION CORP., | ) |  |
| VAPOR PARENT, LLC, | ) |  |
| CERBERUS CAPITAL MANAGEMENT, | ) |  |
| L.P., | ) |  |
| CERBERUS VAPOR HOLDINGS, LLC, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**ENTRY ON JURISDICTION**

It has come to the Court's attention that Defendants' Notice of Removal fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The Notice of Removal alleges that this Court has jurisdiction based upon diversity of citizenship. However, the Notice of Removal fails to sufficiently allege the citizenship of the parties. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002).

"For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). "Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." *Id.* "[T]he citizenship of unincorporated associations must be traced through however many layers of partners or members there may be." *Hart v. Terminex Int'l*, 336 F.3d 541, 543 (7th Cir. 2003).

1

The Notice of Removal alleges that "Defendant Vapor Acquisition Corp. is incorporated under the laws of the State of Delaware and has its principal place of business in the State of Michigan. Defendant Vapor Parent, LLC is a Delaware limited liability company and has its principal place of business in the State of Michigan. Defendant Cerberus Vapor Holdings, LLC is a Delaware limited liability company and has its principal place of business in the state of New York. Defendant Cerberus Capital Management, L.P. is a Delaware limited partnership and has its principal place of business in the State of New York." ([Filing No. 1 at 2](Filing No. 1 at 2).)

These allegations are not sufficient to allow the Court to determine whether diversity jurisdiction exists. Jurisdictional statements regarding LLCs and LPs must identify the members and partners, as well as the members' and partners' citizenship.

Therefore, the Defendants are **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify LLC and LP Defendants' members and partners. This jurisdictional statement is due **fourteen (14) days** from the date of this Entry.

**SO ORDERED.**

Date: 7/6/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Adam Garth Forrest
BOSTON BEVER KLINGE CROSS & CHIDESTER
aforrest@bbkcc.com

Ronald Lloyd Cross
BOSTON BEVER KLINGE CROSS & CHIDESTER
rcross@bbkcc.com

Emily Steeb
FAEGRE BAKER DANIELS LLP (Indianapolis)
emily.steeb@faegrebd.com

Harmony A. Mappes
FAEGRE BAKER DANIELS LLP (Indianapolis)
harmony.mappes@faegrebd.com